

**FILED**

FEB 0 7 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )
        Plaintiff,        )    No. 1:07-CR-266
                          )
   vs.                    )    ORDER
                          )
TODD LAWTON,              )
                          )
        Defendant.        )
_____)

The above named defendant entered a Change of Plea to guilty on February 7, 2008. The sentencing date is scheduled for May 2, 2008 at 9:00am. The defendant has waived his appearance at the time of sentencing. There was no objection by USA.

IT IS HEREBY ORDERED that the defendant be transferred forthwith to the Federal Bureau of Prisons. A certified Judgment and Commitment order is to follow after the sentencing date of May 2, 2008.

DATED: February 7, 2008

HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1